IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ferguson, Cedric R | Case Number: 07 B 09822 |
|---|---|---|
| | Ferguson, Stephanie R | Judge: Wedoff, Eugene R |
| | Printed: 8/19/08 | Filed: 5/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 19, 2008
Confirmed: August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,257.00 | |
| Secured: | | 8,548.38 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,049.00 |
| Trustee Fee: | | 655.62 |
| Other Funds: | | 1,004.00 |
| Totals: | 12,257.00 | 12,257.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,049.00 | 2,049.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Illinois Title Loans | Secured | 1,113.23 | 656.57 |
| 6. | United Auto Credit | Secured | 14,437.41 | 7,083.03 |
| 7. | Option One Mortgage Corp | Secured | 12,136.25 | 742.29 |
| 8. | Option One Mortgage Corp | Secured | 1,087.03 | 66.49 |
| 9. | Illinois Dept Of Employment Sec | Unsecured | 2,738.45 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 11,821.02 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 328.84 | 0.00 |
| 12. | Nicor Gas | Unsecured | 620.62 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 1,092.25 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 488.53 | 0.00 |
| 15. | Credit Union One | Unsecured | 487.04 | 0.00 |
| 16. | Carolyn Payton | Unsecured | 1,300.00 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 324.73 | 0.00 |
| 18. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 19. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 20. | Associated Allergists | Unsecured | | No Claim Filed |
| 21. | Comcast | Unsecured | | No Claim Filed |
| 22. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 23. | CB USA | Unsecured | | No Claim Filed |
| 24. | Debt Credit Service | Unsecured | | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ferguson, Cedric R | Case Number: 07 B 09822 |
| --- | --- | --- |
| | Ferguson, Stephanie R | Judge: Wedoff, Eugene R |
| | Printed: 8/19/08 | Filed: 5/31/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 27. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 28. | American Revenue Corp Inc | Unsecured | | No Claim Filed |
| 29. | Financial Management & Assoc | Unsecured | | No Claim Filed |
| 30. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 31. | Card Protection Association | Unsecured | | No Claim Filed |
| 32. | Arbor Center For Eye Center | Unsecured | | No Claim Filed |
| 33. | Guaranty Bank | Unsecured | | No Claim Filed |
| 34. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 35. | Medical Collections | Unsecured | | No Claim Filed |
| 36. | First Investors SMART | Unsecured | | No Claim Filed |
| 37. | Park Dansan | Unsecured | | No Claim Filed |
| 38. | Northwestern Memorial Physicians Group | Unsecured | | No Claim Filed |
| 39. | Professional Account Management | Unsecured | | No Claim Filed |
| 40. | R & R Country Motors | Unsecured | | No Claim Filed |
| 41. | R & R Country Motors | Unsecured | | No Claim Filed |
| 42. | Unifund Corporation | Unsecured | | No Claim Filed |
| 43. | Village of Homewood | Unsecured | | No Claim Filed |
| 44. | Midwestern Audit Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 50,024.40 | $ 10,597.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 372.19 |
| 6.5% | 283.43 |
| | _____ |
| | $ 655.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____